# Court of Appeals
# of the State of Georgia

ATLANTA,    April 04, 2013

*The Court of Appeals hereby passes the following order:*

**A13D0278. JANICE L. COFIELD v. HALPERN ENTERPRISES, INC. et al.**

In the parties' third appearance before this Court, Janice Cofield seeks discretionary review of the trial court's order denying her motion to vacate or for extraordinary relief. In the first appearance of this case in this Court, Cofield appealed the grant of partial summary judgment to Halpern Enterprises, Inc. We reversed the trial court's order because the trial court did not provide Cofield with written notice of the summary judgment hearing. *Cofield v. Halpern Enterprises, Inc.*, 316 Ga. App. 582 (730 SE2d 63) (2012). Subsequently, the trial court granted Halpern Enterprises's motion for sanctions and dismissed Cofield's complaint. Cofield appealed to this Court, and we affirmed the trial court's order in an unpublished opinion. *Cofield v. Halpern Enterprises*, Case No. A12A1628 (decided August 27, 2012). Months later, Cofield filed a motion to vacate or to grant extraordinary relief, which the trial court denied on February 7, 2013. Cofield then filed this application for discretionary appeal to challenge the February 7, 2013 ruling. We, however, lack jurisdiction.

An appeal is subject to dismissal when the questions presented are moot. See OCGA § 5-6-48 (b) (3). Mootness results if a ruling would have no practical effect on the alleged controversy. See *Carlock v. Kmart Corp.*, 227 Ga. App. 356, 361 (3) (a) (489 SE2d 99) (1997). Here, this Court has already affirmed the dismissal of Cofield's complaint. This ruling is binding on the lower court. See OCGA § 9-11-60 (h). Any subsequent appeal in this case is thus moot and subject to dismissal. See OCGA § 5-6-48 (b) (3); *Wilkinson v. Household Finance Corp., III*, 250 Ga. App. 131, 132 (550 SE2d 677) (2001) (ruling in first appeal moots second appeal).

Accordingly, this application is hereby DISMISSED as moot.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,* 04/04/2013
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ , *Clerk.*